IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEONSEY JOHNSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Petitioner,

v.

CASE NO. 1D14-5715

STATE OF FLORIDA,

  Respondent.

_____/

Opinion filed January 6, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Deonsey Johnson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  DENIED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.